```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 24514
    GARRICK D VANN
    LISA N VANN                             CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-2023    SSN XXX-XX-4079

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/29/2007 and was confirmed 03/13/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  14.00%.

     The case was dismissed after confirmation 07/24/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
DLJ MTG CAPITAL            CURRENT MORTG         .00           .00            .00
DLJ MTG CAPITAL            SECURED NOT I         .00           .00            .00
SELECT PORTFOLIO           NOTICE ONLY     NOT FILED           .00            .00
MARQUETTE CONSUMER FINAN   SECURED VEHIC      561.57           .00         561.57
GMAC                       SECURED VEHIC    24943.05           .00         641.79
SALLIE MAE LSCF            UNSECURED       NOT FILED           .00            .00
SALLIE MAE LSCF            UNSECURED       NOT FILED           .00            .00
SALLIE MAE GUARANTEE SER   UNSECURED        16722.69           .00            .00
SALLIE MAE LSCF            UNSECURED             .00           .00            .00
ISAC                       UNSECURED         2266.84           .00            .00
CITY OF CHICAGO PARKING    PRIORITY           500.00           .00            .00
NICOR GAS                  UNSECURED         1722.44           .00            .00
AT&T BROADBAND             UNSECURED       NOT FILED           .00            .00
AT&T BROADBAND             UNSECURED       NOT FILED           .00            .00
MCI/LVNV FUND              UNSECURED       NOT FILED           .00            .00
CREDIT ACCEPTANCE          UNSECURED       NOT FILED           .00            .00
INGALLS MEMORIAL HOSP      UNSECURED       NOT FILED           .00            .00
UNIVERSITY ANESTHESIOLOG   UNSECURED          924.00           .00            .00
NEUROLOGY ASSO             UNSECURED       NOT FILED           .00            .00
PLAINS COMMERCE BANK       UNSECURED          435.52           .00            .00
BETA FINANCE               UNSECURED         4308.25           .00            .00
PREMIER BANCARD CHARTER    UNSECURED       NOT FILED           .00            .00
MARQUETTE CONSUMER FINAN   UNSECURED        11772.69           .00            .00
GMAC                       COST OF COLLE      500.00           .00            .00
ILLINOIS TOLLWAY           UNSECURED         2630.80           .00            .00
MARTIN J OHEARN            DEBTOR ATTY      3,500.00                          .00
TOM VAUGHN                 TRUSTEE                                         104.64
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 24514 GARRICK D VANN & LISA N VANN

```
--------------------------------------------------------------------------------
TRUSTEE                                      1,308.00

PRIORITY                                                               .00
SECURED                                                           1,203.36
UNSECURED                                                              .00
ADMINISTRATIVE                                                         .00
TRUSTEE COMPENSATION                                                104.64
DEBTOR REFUND                                                          .00
                                         ---------------    ---------------
TOTALS                                       1,308.00            1,308.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 10/29/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE